■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN GARRETT, Appellant. [804 NYS2d 259]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered December 11, 2003, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in making its *Sandoval* ruling (*see People v Sandoval*, 34 NY2d 371 [1974]), as it struck a proper balance between the probative value of the evidence of the defendant's criminal history and the possible prejudice against him (*see People v Powell*, 4 AD3d 489, 490 [2004]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Florio, J.P., Krausman, Skelos and Covello, JJ., concur.